B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____ District Of New Jersey _____

In re Jo Ann Gray , Case No. 18-14650-ABA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MidFirst Bank | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
MidFirst Bank, Bankruptcy Department
999 NW Grand Boulevard, #110
Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 9427

Court Claim # (if known): 8-2
Amount of Claim: $207,562.81
Date Claim Filed: 02/14/2019

Phone: 877-343-5602
Last Four Digits of Acct. #: 4865

Name and Address where transferee payments should be sent (if different from above):
MidFirst Bank, Bankruptcy Payments
999 NW Grand Boulevard, #100
Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 9427

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jenelle C. Arnold    Date: 03/24/2020
Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177 0933
Telephone: (858) 750 7600
Facsimile: (619) 590-1385
E-mail: bfairman@aldridgepite.com

Agent for MIDFIRST BANK

In Re:

JO ANN GRAY AKA JO ANN R. GRAY,

Case No.: 18-14650-ABA

Chapter: 13

Adv. No.:

Hearing Date:

Judge: Honorable Andrew B. Altenburg Jr.

## CERTIFICATION OF SERVICE

1. I, Lauren Timby :

   ☐ represent the ____ in the above-captioned matter.

   ☐ am the secretary/paralegal for __, who represents the

   _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

   ☒ See Attachment Page

2. On March 25, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 25, 2020         /s/Lauren Timby
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jo Ann Gray<br>1712 Rev JJ Walters Avenue<br>Atlantic City, NJ 08401 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Eric Clayman<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>jenkins.clayman@verizon.net | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| District of New Jersey - Camden Division<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Attachment Page

☒ am the secretary/paralegal for __Jenelle C. Arnold__, agent for the MIDFIRST BANK, secured creditor in the above captioned matter.