UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
MidFirst Bank

Order Filed on June 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-14650 ABA

Chapter: 13

Hearing Date: 6/9/2020

Judge: Andrew B. Altenburg Jr.

In Re:
    Gray, Jo Ann aka Jo Ann R. Gray
        Debtor

    Stephens, Arthur
    Stephens, Debra
        Co-Debtors

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 9, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of MidFirst Bank, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

  **Land and premises commonly known as 1712 Rev JJ Walters Avenue, Atlantic City NJ 08401**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Jo Ann Gray  
    Debtor

Case No. 18-14650-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1　　User: admin　　Page 1 of 1　　Date Rcvd: Jun 09, 2020  
　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2020.  
db　　　　+Jo Ann Gray,　1712 Rev JJ Walters Avenue,　Atlantic City, NJ 08401-2171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2020 at the address(es) listed below:

    Denise E. Carlon　on behalf of Creditor　MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Elizabeth L. Wassall　on behalf of Creditor　NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com, njbankruptcynotifications@logs.com  
    Eric Clayman　on behalf of Debtor Jo Ann Gray jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
    Harold N. Kaplan　on behalf of Creditor　Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com, informationathnk@aol.com  
    Isabel C. Balboa　on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Isabel C. Balboa　ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
    Jane L. McDonald　on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
    Jeffrey E. Jenkins　on behalf of Debtor Jo Ann Gray jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
    Joao Ferreira Magalhaes　on behalf of Creditor　City of Atlantic City jmagalhaes@trenklawfirm.com  
    Joshua H. Raymond　on behalf of Creditor　City of Atlantic City jraymond@msbnj.com  
    Laura M. Egerman　on behalf of Creditor　NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
    Lauren Bielskie　on behalf of U.S. Trustee　U.S. Trustee lauren.bielskie@usdoj.gov  
    Rhondi L. Schwartz　on behalf of Debtor Jo Ann Gray jenkins.clayman@verizon.net  
    Richard D. Trenk　on behalf of Creditor　City of Atlantic City rtrenk@msbnj.com, cdeangelis@msbnj.com  
    Stephanie F. Ritigstein　on behalf of Debtor Jo Ann Gray jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
    U.S. Trustee　USTPRegion03.NE.ECF@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 16