| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on July 14, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Jo Ann Gray,<br><br>    Debtor | Case No.: 18-14650<br><br>Adv. No.:<br><br>Hearing Date: July 14, 2020<br><br>Judge: Honorable Andrew B. Altenburg, Jr. |

Recommended Local Form: ☒ Followed ☒ Modified

### ORDER TO IMPOSE AUTOMATIC STAY AS TO MIDFIRST BANK

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: July 14, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins & Clayman and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that:

1. The automatic stay provisions to the bankruptcy code are hereby reinstated as to MidFirst Bank