UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on July 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Jo Ann Gray,

    Debtor

Case No.: 18-14650

Adv. No.:

Hearing Date: July 14, 2020

Judge: Honorable Andrew B. Altenburg, Jr.

Recommended Local Form:  ☒ Followed   ☒ Modified

# ORDER TO IMPOSE AUTOMATIC STAY AS TO MIDFIRST BANK

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: July 14, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins & Clayman and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that:

1. The automatic stay provisions to the bankruptcy code are hereby reinstated as to MidFirst Bank

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 18-14650-ABA
Jo Ann Gray                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1         Date Rcvd: Jul 14, 2020
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db             +Jo Ann Gray,    1712 Rev JJ Walters Avenue,    Atlantic City, NJ 08401-2171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall     on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               ewassall@logs.com,    njbankruptcynotifications@logs.com
              Eric   Clayman    on behalf of Debtor Jo Ann Gray jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Harold N. Kaplan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               hkaplan@rasnj.com,    informationathnk@aol.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Jo Ann Gray jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Joao Ferreira Magalhaes    on behalf of Creditor    City of Atlantic City
               jmagalhaes@trenklawfirm.com
              Joshua H. Raymond    on behalf of Creditor    City of Atlantic City jraymond@msbnj.com
              Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Rhondi L. Schwartz    on behalf of Debtor Jo Ann Gray jenkins.clayman@verizon.net
              Richard D. Trenk    on behalf of Creditor    City of Atlantic City rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Stephanie F. Ritigstein    on behalf of Debtor Jo Ann Gray jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 16