Printed on: 12/31/2021                                                                                    Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 18-14650 (ABA)**

Jo Ann Gray                                                              Monthly Payment: $337.00
1712 Rev Jj Walters Avenue                                              Payments / Month: 1
Atlantic City, NJ  08401                                          Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/2021 | $335.00 | 02/09/2021 | $335.00 | 03/02/2021 | $335.00 | 03/24/2021 | $337.00 |
| 04/15/2021 | $337.00 | 05/19/2021 | $337.00 | 07/07/2021 | $88.58 | 08/03/2021 | $337.00 |
| 08/19/2021 | $337.00 | 10/05/2021 | $337.00 | 11/02/2021 | $337.00 | 11/23/2021 | $337.00 |
| 12/23/2021 | $337.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JO ANN GRAY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $2,852.19 | $2,852.19 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $2,963.50 | $2,963.50 | $0.00 | $363.31 |
| 0 | JENKINS & CLAYMAN | 13 | $1,704.44 | $1,704.44 | $0.00 | $1,704.44 |
| 1 | CITY OF ATLANTIC CITY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP, LLC | 33 | $760.48 | $58.52 | $701.96 | $0.00 |
| 3 | QUANTUM3 GROUP, LLC | 33 | $346.28 | $26.65 | $319.63 | $0.00 |
| 4 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | MIDFIRST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $12,958.12 | $997.17 | $11,960.95 | $0.00 |
| 7 | SANTANDER CONSUMER USA, INC. | 24 | $101.21 | $101.21 | $0.00 | $52.78 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $8,650.96 | $665.73 | $7,985.23 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $1,917.33 | $147.54 | $1,769.79 | $0.00 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $3,755.27 | $288.98 | $3,466.29 | $0.00 |
| 11 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | WELLS FARGO BANK, N.A. | 24 | $3,036.65 | $3,036.65 | $0.00 | $1,583.90 |
| 13 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | STEPHANIE F. RITIGSTEIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | NATIONSTAR MORTGAGE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | NATIONSTAR MORTGAGE, LLC | 13 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2018 | 12.00 | $0.00 |
| 04/01/2019 | Paid to Date | $3,975.00 |
| 05/01/2019 | 8.00 | $289.00 |
| 01/01/2020 | 39.00 | $337.00 |
| 04/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,126.58 |
| Total paid to creditors this period: | $3,704.43 |
| Undistributed Funds on Hand: | $617.38 |
| Arrearages: | ($269.58) |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**