Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-14650 (ABA)

Jo Ann Gray  
1712 Rev Jj Walters Avenue  
Atlantic City, NJ  08401

Monthly Payment: $337.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/01/2022 | $337.00 | 03/24/2022 | $337.00 | 05/03/2022 | $337.00 | 05/18/2022 | $337.00 |
| 06/23/2022 | $337.00 | 07/28/2022 | $337.00 | 09/08/2022 | $337.00 | 10/28/2022 | $337.00 |
| 12/01/2022 | $337.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JO ANN GRAY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $2,852.19 | $2,852.19 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $2,963.50 | $2,963.50 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $1,704.44 | $1,704.44 | $0.00 | $0.00 |
| 1 | CITY OF ATLANTIC CITY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP, LLC | 33 | $760.48 | $141.19 | $619.29 | $58.52 |
| 3 | QUANTUM3 GROUP, LLC | 33 | $346.28 | $64.29 | $281.99 | $26.65 |
| 4 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | MIDFIRST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $12,958.12 | $2,405.92 | $10,552.20 | $997.17 |
| 7 | SANTANDER CONSUMER USA, INC. | 24 | $101.21 | $101.21 | $0.00 | $41.45 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $8,650.96 | $1,606.21 | $7,044.75 | $665.73 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $1,917.33 | $355.99 | $1,561.34 | $147.54 |
| 10 | QUANTUM3 GROUP, LLC | 33 | $3,755.27 | $697.23 | $3,058.04 | $288.98 |
| 11 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | WELLS FARGO BANK, N.A. | 24 | $3,036.65 | $3,036.65 | $0.00 | $1,243.39 |
| 13 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | STEPHANIE F. RITIGSTEIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | NATIONSTAR MORTGAGE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | NATIONSTAR MORTGAGE, LLC | 13 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2018 | 12.00 | $0.00 |
| 04/01/2019 | Paid to Date | $3,975.00 |
| 05/01/2019 | 8.00 | $289.00 |
| 01/01/2020 | 39.00 | $337.00 |
| 04/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,033.00 |
| Total paid to creditors this period: | $3,469.43 |
| Undistributed Funds on Hand: | $308.03 |
| Arrearages: | $741.42 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**