| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jo Ann Gray<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8056<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–14650–ABA | | |

# Order of Discharge    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jo Ann Gray
   aka Jo Ann R. Gray

<u>7/12/23</u>                                      **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Jo Ann Gray  
    Debtor

Case No. 18-14650-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 12, 2023      Form ID: 3180W      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jo Ann Gray, 1712 Rev JJ Walters Avenue, Atlantic City, NJ 08401-2171 |
| cr | + | City of Atlantic City, Trenk, DiPasquale, et al., 347 Mt. Pleasant Avenue, Suite 300, West Orange, NJ 07052-2730 |
| 517378893 | + | City of Atlantic City, Office of the Tax Collector, 1301 Bacharach Blvd, Rm 125-126, Atlantic City, NJ 08401-4601 |
| 518761532 | + | MidFirst Bank, Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517378897 | + | Mr. Cooper, c/o Shapiro & Denardo, LLC, 14000 Comerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 517477859 | + | The City of Atlantic City, Attn Richard D. Trenk, Esq., 347 Mt. Pleasant Avenue, Suite 300, West Orange, NJ 07052-2730 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 12 2023 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 12 2023 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 12 2023 20:55:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clifton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517378894 | | EDI: WFNNB.COM | Jul 13 2023 00:46:00 | Comentity-Roamans, PO Box 659728, San Antonio, TX 78265-9728 |
| 517378895 | | EDI: WFNNB.COM | Jul 13 2023 00:46:00 | Comentity-Woman Within, PO Box 659728, San Antonio, TX 78265-9728 |
| 517378896 | | EDI: CITICORP.COM | Jul 13 2023 00:46:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518779549 | + | EDI: AISMIDFIRST | Jul 13 2023 00:46:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518779548 | + | EDI: AISMIDFIRST | Jul 13 2023 00:46:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517517243 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2023 20:55:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 517513442 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2023 20:55:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619094, Dallas, Texas 75261-9094 |
| 517436198 | | EDI: AGFINANCE.COM | Jul 13 2023 00:46:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 517378898 | + | EDI: AGFINANCE.COM | Jul 13 2023 00:46:00 | OneMain, PO BOX 742536, Cincinnati, OH 45274-2536 |
| 517475447 | | EDI: Q3G.COM | | |

Case 18-14650-ABA   Doc 104   Filed 07/14/23   Entered 07/15/23 00:17:25   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2023 | Form ID: 3180W | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 13 2023 00:46:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517527193 | | EDI: Q3G.COM | Jul 13 2023 00:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517447056 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 12 2023 20:56:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517378899 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 12 2023 20:56:00 | Santander, 5201 Rufe Snow Drive North, North Richland Hills, TX 76180-6036 |
| 517448626 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 12 2023 20:56:00 | Santander Consumer USA, Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 517378900 | | EDI: RMSC.COM | Jul 13 2023 00:46:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 517380475 | + | EDI: RMSC.COM | Jul 13 2023 00:46:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517378901 | | EDI: RMSC.COM | Jul 13 2023 00:46:00 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |
| 517462186 | | EDI: WFFC2 | Jul 13 2023 00:46:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517378902 | | EDI: WFFC2 | Jul 13 2023 00:46:00 | Wells Fargo National Bank, PO Box 71118, Charlotte, NC 28272-1118 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517381150 | | Bernice Marshall-Matthews |
| 517514616 | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, PO Box 619094, Dallas, Texas 75261-9094 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | |

Case 18-14650-ABA    Doc 104    Filed 07/14/23    Entered 07/15/23 00:17:25    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 12, 2023 | Form ID: 3180W | Total Noticed: 28 |

| | |
|---|---|
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Harold N. Kaplan | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com kimwilson@raslg.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | |
| | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jeffrey E. Jenkins | |
| | on behalf of Debtor Jo Ann Gray mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Joao Ferreira Magalhaes | |
| | on behalf of Creditor City of Atlantic City jmagalhaes@connellfoley.com |
| Joshua H. Raymond | |
| | on behalf of Creditor City of Atlantic City jraymond@msbnj.com |
| Laura M. Egerman | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER laura.egerman@mccalla.com bkyecf@rasflaw.com;legerman@raslg.com |
| Lauren Bielskie | |
| | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Rhondi L. Schwartz | |
| | on behalf of Debtor Jo Ann Gray mail@jenkinsclayman.com |
| Richard D. Trenk | |
| | on behalf of Creditor City of Atlantic City rtrenk@trenkisabel.law cdeangelis@trenkisabel.law |
| Stephanie F. Ritigstein | |
| | on behalf of Debtor Jo Ann Gray mail@jenkinsclayman.com kevin@jenkinsclayman.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15